1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                                DISTRICT OF NEVADA

9

10   CBC FINANCIAL, INC., a Nevada corporation,    )
                                                   )
11                                    Plaintiff,   )      Case No.  2:04-cv-00547-DAE-GWF
                                                   )
12   vs.                                           )      **REPORT AND RECOMMENDATION
                                                   )      THAT CLERK'S ENTRY OF
13   AMERICAN SAFETY INDEMNITY COMPANY, )          JUDGMENT BE VACATED**
     et al.,                                       )
14                                                 )
                                      Defendants.  )
15   _____ )

16          This matter is before the Court on Plaintiff's Motion for Relief From Judgment Pursuant to

17   FRCP 60 and FRCP 59(e) (#156), filed on August 25, 2006 and Defendants Schwarz Insurance

18   Agency, Inc.'s and Rodd Thieler's Limited Opposition to Plaintiff's Motion for Relief From Judgment

19   (#159), filed on August 31, 2006.

20          On August 4, 2006, the Court entered its order (#150) awarding $4,625.50 to Defendants  based

21   on the Court's previous order (#139) which denied Defendants' motion to strike Plaintiff's expert

22   witness J. Michael Low based on Plaintiff's failure to timely comply with the requirements of

23   Fed.R.Civ.Pro. 26(a), but which granted alternative sanctions to Defendants based on Plaintiff's failure

24   to timely comply with the requirements of the rule.   The Clerk's Office has entered a Judgment in a

25   Civil Case (#151) pursuant to the Court's Order (#150) awarding monetary sanctions to the Defendants.

26   The Court's order awarding sanctions, however, is not a final decision upon which a judgment should

27   be entered.  Accordingly,

28   . . .

**IT IS HEREBY RECOMMENDED** that the Judgment In A Civil Case (#151) be VACATED as entered in error.

DATED this 5th day of September, 2006.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE