UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CBC FINANCIAL, INC., a Nevada Corporation, | ) ) ) | CV-S-04-0547 DAE-RJJ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma Corporation; APEX INSURANCE MANAGERS, LLC., an Illinois entity; SCHWARZ INSURANCE AGENCY, INC., a Wisconsin Corporation; RODD THIELER, an Individual; BEDFORD UNDERWRITERS, LTD., a Wisconsin Corporation; DOES I-X; ROE CORPORATIONS I through X, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Report and Recommendation having been filed and served on all parties on September 5, 2006, and no objection having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED, that pursuant to Title 28, United States Code, Section 636(b)(1)(C), the "Report and Recommendation

That Clerk's Entry of Judgment Be Vacated" (Doc. No. 162) is adopted as the opinion and order of this Court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, October 23, 2006.

        _____
        DAVID ALAN EZRA
        UNITED STATES DISTRICT JUDGE

CBC Financial, Inc. vs. American Safety Indemnity Company, et al., CV-S-04-0547 DAE-RJJ; ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION